IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NEMOURS FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED HEALTHCARE OF ) <br> PENNSYLVANIA, INC., ) <br> ) <br> Defendant. ) | C.A. No. 1:14-cv-00451-RGA <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, The Nemours Foundation, and Defendant, United Healthcare of Pennsylvania, Inc., by counsel, hereby stipulate to the dismissal of all claims in this cause of action and this action in its entirety, with prejudice, pursuant to the parties' Settlement Agreement and Release. The parties shall bear their own costs, including attorneys' fees.

Dated: March 4, 2015

/s/ James H. S. Levine
Joanna J. Cline (Del. Bar No. 5873)
James H.S. Levine (Del. Bar No. 5355)
PEPPER HAMILTON LLP
1313 North Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6536
clinej@pepperlaw.com
levinejh@pepperlaw.com

Barak A. Bassman*
Michele C. Zarychta*
Nefertiri R. Sickout*
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4000

/s/ Julie M. Murphy
Julie M. Murphy (Del. Bar No. 5856)
STRADLEY RONON STEVENS
   & YOUNG, LLP
1000 N. West Street, Suite 1278
Wilmington, DE 19801
(302) 295-3805
jmmurphy@stradley.com

Jeffrey A. Lutsky*
Joseph T. Kelleher*
Samantha Kats*
Stradley Ronon Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103
(215) 564-8000
jlutsky@stradley.com
jkelleher@stradley.com
skats@stradley.com
*Admitted Pro Hac Vice

-2-

*bassmanb@pepperlaw.com*
*zarychtam@pepperlaw.com*
*sickoutn@pepperlaw.com*
\*Admitted Pro Hac Vice

*Attorneys for Defendant*
*United Healthcare of Pennsylvania, Inc.*

*Attorneys for Plaintiff*
*The Nemours Foundation*

APPROVED AND SO ORDERED:

_____
Richard G. Andrews, J.
3/4/15